Derek RAMSEY Petitioner—Appellant

v.

Frank ELO, Warden; Gus Harrison Correctional Facility; Michigan Department of Corrections Respondents—Appellees

No. 01–1472.

United States Court of Appeals, Sixth Circuit.

Aug. 6, 2002.

Before KEITH and DAUGHTREY, Circuit Judges; CARR, Districe Judge.*

* The Honorable James G. Carr, United States District Judge for the Northern District of

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.